| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

<u>Official Form 201</u>

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name**                     Farr Builders, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     2  6  –  1  1  8  0  6  3  3

4. **Debtor's address**

   **Principal place of business**

   **3401 S. Gevers**
   Number    Street

   _____

   **San Antonio        TX    78210**
   City                State  ZIP Code

   **Bexar**
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City                State   ZIP Code

5. **Debtor's website (URL)**     _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other.  Specify: _____

Debtor  **Farr Builders, LLC**                                                                       Case number (if known) _____

**7.    Describe debtor's business**        A.  Check one:

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

B.  Check all that apply:

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**        Check one:

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.    Check all that apply:

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No
☐  Yes.  District _____    When _____    Case number _____
                                                                        MM / DD / YYYY
           District _____    When _____    Case number _____
                                                                        MM / DD / YYYY
           District _____    When _____    Case number _____
                                                                        MM / DD / YYYY

Debtor  **Farr Builders, LLC**                                       Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____

MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____

MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City                                State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

██████  **Statistical and adminstrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Farr Builders, LLC** _____  Case number (if known) _____

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/07/2020**
   MM / DD / YYYY

X **/s/ Adrian E. Garcia** _____   **Adrian E. Garcia** _____
   Signature of authorized representative of debtor   Printed name

Title **Adrian E. Garcia** _____

| 18. Signature of attorney | X **/s/ Heidi McLeod** _____ | Date **02/07/2020** |
|---|---|---|
| | Signature of attorney for debtor | MM / DD / YYYY |

**Heidi McLeod** _____
Printed name

**Heidi McLeod Law Office** _____
Firm name

**3355 Cherry Ridge Rd Ste 214** _____
Number       Street

_____

**San Antonio** _____   **TX** _____   **78230** _____
City                State   ZIP Code

**(210) 853-0092** _____   **heidimcleodlaw@gmail.com** _____
Contact phone   Email address

**13764700** _____
Bar number   State

**Fill in this information to identify the case**

Debtor name      **Farr Builders, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Checking account Frost** | **Checking account** | __ __ __ __ | **$18,000.00** |
| 3.2. | **Checking account Frost** | **Checking account** | __ __ __ __ | **$608.00** |
| 3.3. | **Checking account Jefferson payroll** | **Checking account** | __ __ __ __ | **$9,039.00** |
| 3.4. | **Checking account Jefferson Bank real estate** | **Checking account** | __ __ __ __ | **$12,815.00** |
| 3.5. | **Checking account Jefferson coast account** | **Checking account** | __ __ __ __ | **$891.00** |

4.  **Other cash equivalents**      *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$41,353.00

| Debtor | **Farr Builders, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:    **$300,000.00** – **$0.00** = ..............➔ **$300,000.00**
      face amount      doubtful or uncollectible accounts

11b.  Over 90 days old:    **$0.00** – **$0.00** = ..............➔ **$0.00**
      face amount      doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$300,000.00

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method
used for current value

Current value of
debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

Debtor  **Farr Builders, LLC**_____  Case number (if known) _____
  Name

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | MM/DD/YYYY | | | |
| 20.  Work in progress | | | | |
| **work in progress amount listed is the net after costs of completing the jobs.** | | | | $2,847,708.00 |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies | | | | |

23.  **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| $2,847,708.00 |
|---|

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  Crops--either planted or harvested | | | |
| 29.  Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31.  Farm and fishing supplies, chemicals, and feed | | | |
| 32.  Other farming and fishing-related property not already listed in Part 6 | | | |

33.  **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| $0.00 |
|---|

34.  **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

Debtor    **Farr Builders, LLC**        Case number (if known) _____
Name

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **6 file cabinets, computers, desks, conference table, chairs, 2 small printers, micorwave and refriderator** | _____ | _____ | **$5,000.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.        **$5,000.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1997 Dodge Ram Van** | _____ | _____ | **$1,500.00** |
| 47.2. **2005 Dodge Ram 1500** | _____ | _____ | **$600.00** |
| 47.3. **2006 Ford F650** | _____ | _____ | **$6,000.00** |

Debtor   **Farr Builders, LLC**                                     Case number (if known) _____
         Name

| | | | |
|---|---|---|---|
| 47.4. | **2008 Ford F250** | | **$2,500.00** |
| 47.5. | **2012 Chevrolet Silverado** | | **$11,036.00** |
| 47.6. | **2015 Ford F350** | | **$6,500.00** |
| 47.7. | **2017 Ford F250** | | **$28,348.00** |
| 47.8. | **2017 Ford F350** | | **$27,801.00** |
| 47.9. | **1998 Tx Bragg 16p Trailer** | | **$1,500.00** |
| 47.10. | **2002 RDMS White Road Master** | | **$1,500.00** |
| 47.11. | **2005 Load BMP Trailer** | | **$1,500.00** |
| 47.12. | **2007 Sout Trailer** | | **$1,500.00** |
| 47.13. | **2012 Big Tex 14' Single Axle** | | **$1,500.00** |
| 47.14. | **2015 COAS ABT Boat Trailer** | | **$1,500.00** |
| 47.15. | **2017 Pro-Pull Trailer** | | **$1,500.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

   **Bobcat loader S750**                                                        **$56,000.00**

   **Pro Cab Saw 1.75 $2,400**
   **Trowel Machine  $1,500**
   **Pressure Washer  $800**
   **Loader Scoop $300**
   **UTV JD Gator $300**
   **Bobcat S300 $,4500**
   **Bobcat 753 $2,500**
   **Bobcat Shredder for Skid $300**
   **Tower Light $400**
   **Plate Tamper $75**
   **ES Go Cart $2,500**                                                        **$15,575.00**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                    **$166,360.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in the information below.

Debtor  **Farr Builders, LLC**                                          Case number (if known) _____
_____
Name

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2243 SE Loop 410**<br>**San Antonio, TX**<br>**2243 SE Loop 410** | fee simple | | | **$102,600.00** |
| 55.2. **3401 S.  Givers St**<br>**San Antonio, TX**<br>**3401 S. Givers St** | fee simple | | | **$92,400.00** |
| 55.3. **601 E. LaChapelle**<br>**San Antonio, TX**<br>**601 E LaChapelle** | fee simple | | | **$13,500.00** |
| 55.4. **319 Probant**<br>**San Antonio, TX**<br>**319 Probant** | fee simple | | | **$63,960.00** |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$272,460.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:** **Intangibles and Intellectual Property**

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **Farrbuildersllc.com** | | | **$0.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.    **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

Debtor  __Farr Builders, LLC_____  Case number (if known) _____
        Name

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                       Current value of
                                       debtor's interest

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

| | |
|---|---|
| **administrative claim against NAS Ft. Worth $95,000 plus attorneys fees** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Sailfish last draw on a project plus retainage never paid.** | **$85,000.00** |
| Nature of claim     **breach of contract** | |
| Amount requested     **$85,000.00** | |
| **503 Sierra Sound  last draw plus retainage** | **$75,000.00** |
| Nature of claim     **breach of contract** | |
| Amount requested     **$75,000.00** | |
| **Counter claim against Haven for hope** | **Unknown** |
| Nature of claim     **counter cleim** | |
| Amount requested | |
| **Michael and Annice Tracy** | **Unknown** |
| Nature of claim     **counter claim** | |
| Amount requested | |
| **Mr and Mrs. Michael Cornelius** | **Unknown** |
| Nature of claim | |
| Amount requested | |

Debtor  **Farr Builders, LLC**                                          Case number (if known) _____
_____
Name

_____        | $0.00 |

**Nature of claim**          _____

**Amount requested**         _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                                    | **$160,000.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $41,353.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $300,000.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $2,847,708.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $166,360.00 | |
| 88.  **Real property.** *Copy line 56, Part 9*.........................➔ | | $272,460.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $160,000.00 | |
| 91.  **Total.**  Add lines 80 through 90 for each column. 91a. | $3,520,421.00  + 91b. | $272,460.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.....................................................  | **$3,792,881.00** |

**Fill in this information to identify the case:**

Debtor name __**Farr Builders, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑  Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Creditor's name**
**Bexar County Tax Assessor Collector**

**Creditor's mailing address**
**PO Box 2903**

_____

San Antonio          TX    78299

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑  No
☐  Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

property

**Describe the lien**

**Taxes / Agreement**

_____

**Is the creditor an insider or related party?**

☑  No
☐  Yes

**Is anyone else liable on this claim?**

☑  No
☐  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

Column A: $34,656.00    Column B: $34,656.00

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$612,739.00

Debtor    **Farr Builders, LLC**            Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**   Creditor's name
**Elzabeth Chandler**

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
     relative priority?

     ☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is
       specified on lines _____

Describe debtor's property that is
subject to a lien
**2243 SE Loop 410, San Antonio, TX**

Describe the lien
**Unsecured Creditor**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$10,898.00**    Column B: **$102,600.00**

**2.3**   Creditor's name
**Ford Motor Credit Company, LLC**

Creditor's mailing address
**FMCC-Dept. 55953**

**PO Box 55000**

_____

**Detroit**        **MI**    **48255**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
     relative priority?

     ☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is
       specified on lines _____

Describe debtor's property that is
subject to a lien
**2012 Chevrolet Silverado**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$11,036.00**    Column B: **$11,036.00**

Debtor  **Farr Builders, LLC** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**2.4**

**Creditor's name**
**Ford Motor Credit Company, LLC**

**Creditor's mailing address**
**FMCC-Dept. 55953**

**PO Box 55000**

_____

**Detroit**          **MI     48255**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2017 Ford F250**

**Describe the lien**

**Purchase Money**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$28,348.00          $28,348.00

**2.5**

**Creditor's name**
**Ford Motor Credit Company, LLC**

**Creditor's mailing address**
**FMCC-Dept. 55953**

**PO Box 55000**

_____

**Detroit**          **MI     48255**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2017 Ford F350**

**Describe the lien**

**Purchase Money**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,801.00          $27,801.00

Debtor  **Farr Builders, LLC** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.6**

| Creditor's name<br>**Frost National Bank** | Describe debtor's property that is<br>subject to a lien | **$500,000.00** | **$500,000.00** |
|---|---|---|---|

Creditor's mailing address
**Attn:  Bankruptcy Dept. RB7**

**PO Box 1600**

**Building and UCC-1**

Describe the lien

**promissory Note / Agreement**

_____

**San Antonio          TX    78296-1400**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☒ No

☐ Yes

Date debt was incurred   _____

Last 4 digits of account
number                       ___ ___ ___ ___

Is anyone else liable on this claim?

☐ No

☒ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

Do multiple creditors have an interest in
the same property?

☒ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines  _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Fill in this information to identify the case:**

Debtor          **Farr Builders, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.  Go to Part 2.
☑ Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**  **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,000.00 | $10,000.00 |

**2.1**  **Priority creditor's name and mailing address**

**Heidi McLeod Law Office**

**3355 Cherry Ridge Rd Ste. 214**

**San Antonio          TX    78230**

Date or dates debt was incurred
**02/06/2020**

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( _____ )   **Attorney Fees**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Farr Builders, LLC**                                    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,721.00** |

**3D Steel Systems, LLC**

**45 Priviate Road 4592**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bellinger           TX      76621**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **a   p   e   l**

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,652.00** |

**Abilene Millowork**

**533 Plum Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Abilene            TX      79601**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **a   p   e   l**

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$888.00** |

**Above All Plumbing**

**2565 Wright Carpenter Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio          TX      78221**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **N   N   E   L**

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |

**Advanced Gamma Electric, LLC**

**5256 Ridgeline Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Brownsville          TX      78526**

**Basis for the claim:**
**Title loan**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2   2   1   3**

---

Debtor   **Farr Builders, LLC**                                    Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.5 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$16,074.00**

**Aerospace Facilities Group, Inc.**

**1590 Raleys Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

**W. Sacramento          CA      95691-3488**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        8    0    4    0

---

| 3.6 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$48,110.00**

**Alamo 1 Remediation**

**2900 Nacogdoches**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio          TX      78217**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        7    4    2    4

---

| 3.7 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$9,900.00**

**AML Enviromental, LLC**

**P.O. Box 3556**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Abilene          TX      79604**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        a    p    e    l

---

| 3.8 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$10,150.00**

**Angelo Glass & Mirror**

**11 W. Washington Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Angelo          TX      76903**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        3    2    2    7

---

Debtor  **Farr Builders, LLC**                                    Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,500.00**

**Arc Angel Welding and Concrete**

**6442 CR 272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Clyde**                          **TX      79510**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred      _____

Last 4 digits of account number      **A   P   E   L**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$130.00**

**ARC Repographics**

**P.O. Box 203890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                         **TX      75320**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred      _____

Last 4 digits of account number      **5   e   t   c**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$806.00**

**Architectural Division 8**

**2425 Brockton, Suite 101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**                    **TX      78217**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred      _____

Last 4 digits of account number      **E   S   S   O**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$6,532.00**

**Automatic Fire Protection**

**P.O. Box 550788**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                         **TX      75355**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred      _____

Last 4 digits of account number      **8   0   4   0**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Farr Builders, LLC**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**  **Nonpriority creditor's name and mailing address**

**Bailey & Bailey, P.C.**

**230 Pereida Street**

**San Antonio**                **TX**        **78210**

Date or dates debt was incurred      _____

Last 4 digits of account number      **9    e    t    c**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,541.00**

---

**3.14**  **Nonpriority creditor's name and mailing address**

**Baldwin-Cox Agency**

**5930 Preston View Blvd,, Ste. 200**

**Dallas**                **TX**        **75240**

Date or dates debt was incurred      _____

Last 4 digits of account number      **0    7    7    8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$33,491.00**

---

**3.15**  **Nonpriority creditor's name and mailing address**

**Batjer & Associates**

**2825 Pine Street**

**Abilene**                **TX**        **79601**

Date or dates debt was incurred      _____

Last 4 digits of account number      **8    0    4    0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$314,300.00**

---

**3.16**  **Nonpriority creditor's name and mailing address**

**Bexar Concrete Works I, Ltd.**

**19440 Judson Road**

**San Antonio**                **TX**        **78259**

Date or dates debt was incurred      _____

Last 4 digits of account number      **1    2    4    3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,000.00**

---

Debtor    **Farr Builders, LLC**                    Case number (if known)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**BlueRock Construction**

**319 Probandt #2**

**San Antonio**          **TX**      **78204**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$103,725.00**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**Briggs Equipment**

**Lock Box 841272**

**Dallas**          **TX**      **75284-1272**

Date or dates debt was incurred

Last 4 digits of account number      **9**  **e**  **t**  **c**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$29,123.00**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**Buffalo Gap Insturmentation & Electical**

**c/o of JP Morgan Bank**

**P.O. Box 974404**

**Dallas**          **TX**      **75397-4404**

Date or dates debt was incurred

Last 4 digits of account number      **8**  **0**  **4**  **0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,021.00**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**C2 Plumbing**

**P.O. Box 680574**

**San Antonio**          **TX**      **78268**

Date or dates debt was incurred

Last 4 digits of account number      **L**  **e**  **a**  **k**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

Debtor     **Farr Builders, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21**  Nonpriority creditor's name and mailing address

**Can Capital**

**2015 Vaughn Road NW, Bldg. 500**

_____

**Kennesaw                GA      30144**

Date or dates debt was incurred     _____

Last 4 digits of account number    **3   1   2   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,959.00**

---

**3.22**  Nonpriority creditor's name and mailing address

**CanDoo**

**301 Goliad Street**

_____

**Abilene                  TX      79601**

Date or dates debt was incurred     _____

Last 4 digits of account number    **2   e   t   c**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,827.00**

---

**3.23**  Nonpriority creditor's name and mailing address

**Combat Construction DBA Bobcat SA**

**P.O. Box 850823**

**Dept #41794**

**Dallas                   TX      75265**

Date or dates debt was incurred     _____

Last 4 digits of account number    **8   2   2   2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,516.00**

---

**3.24**  Nonpriority creditor's name and mailing address

**Concho Valley Acoustics**

**P.O. Box 5951**

_____

**San Angelo               TX      76902**

Date or dates debt was incurred     _____

Last 4 digits of account number    **3   2   2   7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$54,520.00**

---

Debtor    **Farr Builders, LLC**                                           Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |

**Construction Rent-A-Fence, Inc.**

**P.O. Box 65**

**Thrall**                          **TX       78578**

Date or dates debt was incurred        _____

Last 4 digits of account number        **0    0    7    1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$230.00**

---

| 3.26 | Nonpriority creditor's name and mailing address |

**Copeland Contractors**

**1425 Universal City Blvd., Bldg. #3**

**Universal City**                  **TX       78148**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,656.00**

---

| 3.27 | Nonpriority creditor's name and mailing address |

**Daltile**

**4811 Andrews Highway**

**Midland**                         **TX       79703-4634**

Date or dates debt was incurred        _____

Last 4 digits of account number        **3    5    3    8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,466.00**

---

| 3.28 | Nonpriority creditor's name and mailing address |

**Diamondback Paint, LLC**

**2041 S. Treadway Blvd.**

**Abilene**                         **TX       79602**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$57,715.00**

Debtor    **Farr Builders, LLC**        Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                 Amount of claim

**3.29**   Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:              **$41,645.00**
Check all that apply.

**Electronic System Design of Texas**
☐ Contingent
**P.O. Box 2973**
☐ Unliquidated
☐ Disputed

**McAllen**            **TX**     **78502**          Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred     _____     Is the claim subject to offset?
Last 4 digits of account number     **e s s o**     ☑ No
                                                        ☐ Yes

**3.30**   Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                **$5,216.00**
Check all that apply.

**Frost National Bank**
☐ Contingent
**Attn: Bankruptcy Dept. RB7**
☐ Unliquidated
**PO Box 1600**
☐ Disputed

**San Antonio**        **TX**    **78296-1400**     Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred     _____     Is the claim subject to offset?
Last 4 digits of account number     __ __ __ __     ☑ No
                                                        ☐ Yes

**3.31**   Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:               **$47,335.00**
Check all that apply.

**Glen Deadman**
☐ Contingent
**1515 N. St. Mary's Street**
☐ Unliquidated
☐ Disputed

**San Antonio**           **TX**     **78215**          Basis for the claim:
**Services**

Date or dates debt was incurred     _____     Is the claim subject to offset?
Last 4 digits of account number     **5 e t c**     ☑ No
                                                        ☐ Yes

**3.32**   Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:               **$30,078.00**
Check all that apply.

**Gray Electric & Service**
☐ Contingent
**129 National Blvd.**
☐ Unliquidated
☐ Disputed

**Universal City**        **TX**     **78148**          Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred     _____     Is the claim subject to offset?
Last 4 digits of account number     **7 4 2 5**     ☑ No
                                                        ☐ Yes

Debtor    **Farr Builders, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.33** | Nonpriority creditor's name and mailing address |

**Harris Acoustics**

**P.O. Bxo 5615**

**$86,236.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Abilene                    TX      79608**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| **3.34** | Nonpriority creditor's name and mailing address |

**Harrison Roofing Company**

**1317 South Hill**

**$44,602.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**San Angelo                TX      76903**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    R  o  o  f

---

| **3.35** | Nonpriority creditor's name and mailing address |

**Haven for Hope for Bexar County**

**c/o Paul Traham**

**Norton Roe Fulbright**

**98 San Jacinto Blvd., Suite 100**

**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Austin                    TX      78701-4255**

Basis for the claim:
**lawsuit**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| **3.36** | Nonpriority creditor's name and mailing address |

**Henry Davila**

**5424 Highway 90 West**

**$22,917.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**San Antonio                TX      78227**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    2  5  1  2

Debtor  **Farr Builders, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Home Depot**

**P.O. Bxo 9001030**

**Dept. 32-2140195003**

**$8,205.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Louisville** | **KY** | **40290-1030** |

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  u  n  t  s

---

| 3.38 | **Nonpriority creditor's name and mailing address** |
|---|---|

**J&T Welding, LLC**

**5294 Christoval Road**

**$97.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Angelo** | **TX** | **76904** |

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  U  D  E  R

---

| 3.39 | **Nonpriority creditor's name and mailing address** |
|---|---|

**J.R.'s Plumbing**

**1039 Fresno Drive**

**$25,062.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78201** |

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __  __  __  __

---

| 3.40 | **Nonpriority creditor's name and mailing address** |
|---|---|

**James Martens**

**c/o C.M. Henkle, III**

**Fritz, Byrne, Head & Golstrap, PLLC**

**802 N. Carancahua, Suite 2100**

**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Corpus Chirsti** | **TX** | **78402** |

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __  __  __  __

---

Debtor **Farr Builders, LLC**                                        Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is:<br>Check all that apply. | **$5,227.00** |

**Labor Max Staffing**

**P.O. Box 900**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kearney**                    **MO      64060**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred    _____

Last 4 digits of account number    **2   6   7   9**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** |

**Langeley & Banack, Inc.**

**745 E. Mulberry, Suite 700**

**San Antonio, TX7 8212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney for - Victoria Air Conditioning**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is:<br>Check all that apply. | **$140.00** |

**LDR Site Services**

**6100 Lake Forrest Drive, #505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta**                    **GA      30328**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred    _____

Last 4 digits of account number    **R   S   R   R**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is:<br>Check all that apply. | **$6,400.00** |

**Ledbetter Electric**

**113 Captain's Bay Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Rockport**                    **TX      78382**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   **Farr Builders, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.45** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Lynwood Building Materials, Inc.**

**P.O. Box 100145**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$4,477.00

**San Antonio**              **TX**      **78201-1445**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred          _____

Last 4 digits of account number      **6   9   2   0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.46** | **Nonpriority creditor's name and mailing address** |
|---|---|

**MBCI**

**P.O. Box 840326**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$2,064.00

**Dallas**                   **TX**      **75284**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred          _____

Last 4 digits of account number      **2   9   5   4**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.47** | **Nonpriority creditor's name and mailing address** |
|---|---|

**McCoys**

**1350 IH 35 North**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$10,633.00

**San Marcos**               **TX**      **78667**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred          _____

Last 4 digits of account number      **i   c   e   s**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.48** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Menke, Inc.**

**P.O. Box 5181**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$51,750.00

**Abilene**                  **TX**      **79608-5181**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred          _____

Last 4 digits of account number      **8   0   4   0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **Farr Builders, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.49**   Nonpriority creditor's name and mailing address

**MGB Construction**

**3510 Heather Meadow**

_____

**San Antonio**      **TX**    **78222**

Date or dates debt was incurred _____

Last 4 digits of account number   **3**   **2**   **2**   **7**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$61,329.00**

---

**3.50**   Nonpriority creditor's name and mailing address

**Michael and Annice Tracy**

**c/o Antonio Ortiz**

**JordanHolzer & Ortiz, P.C.**

**500 N. Shorline, Suite 900**

**Corpus Christi**      **TX**    **78401**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**lawsuit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.51**   Nonpriority creditor's name and mailing address

**Michael Tracy**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Contract dispute**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.52**   Nonpriority creditor's name and mailing address

**Mobile Mini, Inc.**

**P.O. Box 650882**

_____

**Dallas**      **TX**    **75265**

Date or dates debt was incurred _____

Last 4 digits of account number   **6**   **e**   **t**   **c**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,177.00**

---

Debtor  **Farr Builders, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.53 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    **$3,228.00**

**Moore Supply Co.**

**5919 West Campus Drive, Ste.. 101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio                TX      78247**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred _____

Last 4 digits of account number   6   2   9   1

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    **$12,874.00**

**Oldcastle Infrastructure**

**1900 Rilling Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio                TX      78214**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred _____

Last 4 digits of account number   L   L   I   S

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    **$879.00**

**Pro Line Rentals**

**P.O. Box 651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Angelo                TX      76902**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred _____

Last 4 digits of account number   8   1   3   5

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    **$26,100.00**

**R & S Cabinets**

**19 East 4th Steet**

**San Angelo, TX 769003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred _____

Last 4 digits of account number   __  __  __  __

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  **Farr Builders, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57** Nonpriority creditor's name and mailing address

**RDZ Paving, LLC**

**10194 FM 1346**

**Adkins**                          **TX**      **78101**

Date or dates debt was incurred          _____

Last 4 digits of account number      **8   0   4   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$64,456.00**

---

**3.58** Nonpriority creditor's name and mailing address

**Republic Services**

**1422 Hughes**

**San Angelo**                     **TX**      **76904**

Date or dates debt was incurred          _____

Last 4 digits of account number      **i   c   e   s**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,437.00**

---

**3.59** Nonpriority creditor's name and mailing address

**River City A/C & Heating**

**P.O. Box 760176**

**San Antonio**                    **TX**      **78245**

Date or dates debt was incurred          _____

Last 4 digits of account number      **1   1   5   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$166,622.00**

---

**3.60** Nonpriority creditor's name and mailing address

**RTM Construction**

**12931 Highway 87 South**

**Adkins**                          **TX**      **78101**

Date or dates debt was incurred          _____

Last 4 digits of account number      __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,180.00**

---

Debtor **Farr Builders, LLC**                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Sherwin Williams**

**1018 S. Frio Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

**San Antonio**            **TX**    **78207**

Date or dates debt was incurred                    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **i    c    e    s**

**$2,440.00**

| 3.62 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**South Texas Electric**

**275 Kypuros Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

**Eagle Pass**            **TX**    **78852**

Date or dates debt was incurred                    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

**$10,000.00**

| 3.63 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**South West Texas Environmental Contracto**

**1133 Arbor Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

**San Antonio**            **TX**    **78207**

Date or dates debt was incurred                    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **o    d    e    l**

**$8,148.00**

| 3.64 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**TAPCO**

**5100 W. Brown Deer Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

**Brown Deer**            **WI**    **53223**

Date or dates debt was incurred                    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5    7    5    8**

**$7,220.00**

Debtor __**Farr Builders, LLC**_____  Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | | **$1,083.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__**Terminix**_____

☐ Contingent

__**P.O. Box 742592**_____

☐ Unliquidated

☐ Disputed

Basis for the claim:

__**Cincinnati**_____ **OH** ___**45274**___   __**Services**_____

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __   ☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | | **$33,741.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__**Tex-Oma**_____

☐ Contingent

__**2701 Commerce Street**_____

☐ Unliquidated

☐ Disputed

Basis for the claim:

__**Wichita Falls**_____ **TX** ___**76301**___   __**Unsecured Creditor**_____

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __   ☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | | **$3,630.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__**Texas Throne, LLC**_____

☐ Contingent

__**P.O. Box 997**_____

☐ Unliquidated

☐ Disputed

Basis for the claim:

__**Portland**_____ **TX** ___**78374**___   __**Unsecured Creditor**_____

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __i__ __c__ __e__ __s__   ☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | | **$20,872.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__**TexStar Concrete Contractors, LLC**_____

☐ Contingent

__**2840 Bus Lp 181 N., Ste. 160**_____

☐ Unliquidated

☐ Disputed

Basis for the claim:

__**Floresville**_____ **TX** ___**78114**___   __**Unsecured Creditor**_____

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __   ☑ No
☐ Yes

Debtor  **Farr Builders, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.69 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$3,654.00

**The Gutterman**

**4538 Iberis Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Abilene**                    **TX**    **79606**

**Unsecured Creditor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$3,729.00

**TrafficGuard**

**P.O. Box 201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Geneva**                    **IL**    **60134**

**Unsecured Creditor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  9  2  4  7

☑ No
☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$25,712.00

**United Rentals**

**P.O. Box 840514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX**    **75284**

**Unsecured Creditor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  i  c  e  s

☑ No
☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$1,682.00

**Victoria Air Conditioning**

**200 Ben Jordan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Victoria**                    **TX**    **77901**

**Unsecured Creditor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor    **Farr Builders, LLC**                                          Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |

**Victoria Air Conditioning, Ltd.**

**c/o David D. Peden**

**Porter Hedges, LLP**

**1000 Main Street, 36th Floor**

**Houston**                          **TX**      **77002**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**lawsuit**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Unknown**

Debtor    **Farr Builders, LLC**                                                  Case number (if known) _____

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.         **$10,000.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**      **$1,722,530.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.      **$1,732,530.00** |

**Fill in this information to identify the case:**

Debtor name  **Farr Builders, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____  Chapter ___**11**___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.  **List all contracts and unexpired leases**                     **State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name    **Farr Builders, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)                       

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1**   **Adrian Garcia** | **1932 Tierra Nueva** <br> Number    Street <br><br> **San Antonio**    **TX**    **78263** <br> City    State   ZIP Code | **Frost National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2**   **Jacquine Garcia** | **1932 Tierra Neuva** <br> Number    Street <br><br> **San Antonio**    **TX**    **78263** <br> City    State   ZIP Code | **Frost National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name **Farr Builders, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................. | **$272,460.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................... | **$3,520,421.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................. | **$3,792,881.00**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$612,739.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$10,000.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | + **$1,722,530.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................................. | **$2,345,269.00**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Farr Builders, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/07/2020**          X **/s/ Adrian E. Garcia**
       MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                       **Adrian E. Garcia**
                                       Printed name
                                       **Adrian E. Garcia**
                                       Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name **Farr Builders, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:     Income

**1.    Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | | Gross revenue |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From **01/01/2020** to MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other | | **$448,160.00** |
| For prior year: | From **01/01/2019** to MM / DD / YYYY | **12/31/2019** MM / DD / YYYY | ☑ Operating a business<br>☐ Other | | **$6,474,981.00** |
| For the year before that: | From **01/01/2018** to MM / DD / YYYY | **12/31/2018** MM / DD / YYYY | ☑ Operating a business<br>☐ Other | | **$10,296,527.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |
| 3.1. **BlueRock Construction**<br>Creditor's name<br>**319 Probandt #2**<br>Street<br><br>**San Antonio**   **TX**   **78204**<br>City   State   ZIP Code | **Last 90 days** | **$88,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Subcontractor** |

---

Debtor **Farr Builders, LLC**          Case number (if known) _____
        Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.2.** **Baldwin Cox Agency**
Creditor's name
**5930 Preston View Blvd., Ste. 200**
Street

**Dallas**          **TX**  **75240**
City                State    ZIP Code

**Last 90 days**    **$12,661.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Handling Company**

---

**3.3.** **River City A/C & Heating**
Creditor's name
**P.O. Box 760176**
Street

**San Antonio**          **TX**  **78245**
City                State    ZIP Code

**Last 90 days**    **$15,000.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.4.** **Alamo Door Systems**
Creditor's name
**16358 Nacogdoches Rd**
Street

**San Antonio**          **TX**  **78247**
City                State    ZIP Code

**Last 90 days**    **$9,015.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.5.** **Credito Real USA, LLC**
Creditor's name
**103 Biltmore St Suite 210**
Street

**San Antonio**          **TX**  **787213**
City                State    ZIP Code

**Last 90 days**    **$69,642.86**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.6.** **Glen Deadman**
Creditor's name
**1515 N. St. Mary's Street**
Street

**San Antonio**          **TX**  **78216**
City                State    ZIP Code

**Last 90 days**    **$15,098.52**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☑ Other  **Legal Fees**

---

**3.7.** **MGB Construction**
Creditor's name
**3510 Heather Meado**
Street

**San Antonio**          **TX**  **78222**
City                State    ZIP Code

**Last 90 days**    **$54,273.45**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Contractor**

---

Debtor **Farr Builders, LLC**                                        Case number (if known) _____
Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|

**Check all that apply**

3.8. **TexStar Concrete Contractors, LLC**
Creditor's name
**2840 Bus Lp 181 N., Ste. 160**
Street

**Floresville**          **TX**    **78114**
City                         State    ZIP Code

Dates: **Last 90 days**

Total amount or value: **$10,000.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

---

3.9. **NanoTech Coatings**
Creditor's name
**4002 Woodbridge Way**
Street

**San Antonio**          **TX**    **78257**
City                         State    ZIP Code

Dates: **Last 90 Days**

Total amount or value: **$50,000.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

---

3.10. **AML Enviromental**
Creditor's name
**P.O. Box 3556**
Street

**Abilene**          **TX**    **79604**
City                    State    ZIP Code

Dates: **Last 90 days**

Total amount or value: **$10,000.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

---

3.11. **Diamond Back Paint**
Creditor's name
**2041 S. Treadway Blvd.**
Street

**Abilene**          **TX**    **79602**
City                    State    ZIP Code

Dates: **Last 90 Days**

Total amount or value: **$23,500.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

---

3.12. **3D Steel Building**
Creditor's name
**45 Private Road 4592**
Street

**Bellinger**          **TX**    **76621**
City                      State    ZIP Code

Dates: **Last 90 days**

Total amount or value: **$10,000.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

---

3.13. **Batjer & Associates**
Creditor's name
**2825 Pine Street**
Street

**Abilene**          **TX**    **79601**
City                    State    ZIP Code

Dates: **Last 90 days**

Total amount or value: **$20,000.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other  **Contractor**

Debtor **Farr Builders, LLC**
Name
Case number (if known) _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Check all that apply

3.14. **Harris Acoustics**
Creditor's name
**P.O. Box 5615**
Street

**Abilene**           **TX**   **79608**
City                  State  ZIP Code

**Last 90 days**

$15,000.00

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

3.15. **Moore Supply Company**
Creditor's name
**5919 West Campus Drive, Ste. 101**
Street

**San Antonio**       **TX**   **78247**
City                  State  ZIP Code

**Last 90 days**

$13,471.07

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

3.16. **Laredo Flooring & Supply**
Creditor's name
**2001B Sanders Aveneu**
Street

**Laredo**            **TX**   **78040**
City                  State  ZIP Code

**Last 90 days**

$19,975.25

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

3.17. **South Texas Eletric**
Creditor's name
**275 Kyporus Road**
Street

**Eagle Pass**        **TX**   **78852**
City                  State  ZIP Code

**Last 90 Days**

$1,000.00

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1. **Jacquiline Garcia**
Insider's name

Street

City                  State  ZIP Code

**Relationship to debtor**
**owner**

**1/28/2020**

$12,500.00

repay loan

| Debtor | **Farr Builders, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☒ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Haven for Hope vs Marcello Martinez Farr Builders et al** | | **District Court Bear County** <br> Name <br><br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2018-CI-18859** | | City              State    ZIP Code | |
| 7.2. | **Texas Victoria Air Conditioning V Farr** | | **US Dist Corut Western Dist** <br> Name <br><br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **19cv856** | | City              State    ZIP Code | |
| 7.3. | **Michael Tracy v Farr Builders** | | **Dist Court Aransas County Texas** <br> Name <br><br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **1900117** | | City              State    ZIP Code | |

Debtor    **Farr Builders, LLC**                                          Case number (if known) _____
_____
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

7.4.  **Ambreco, Lts. v Farr Builders**

Court or agency's name and address
arbitration
_____
Name

_____
Street

_____

City                    State    ZIP Code

Status of case:
☑ Pending
☐ On appeal
☐ Concluded

**Case number**

_____

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1.  **Heidi McLeod Law Office**                                          01/28/2020        **$15,000.00**

**Address**

**3355 Cherry Ridge Rd Ste. 214**
Street

_____

**San Antonio**          **TX**      **78230**
City              State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

Debtor    **Farr Builders, LLC**        Case number (if known)       
      Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

Debtor   **Farr Builders, LLC**                                              Case number (if known) _____
         _____
         Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor   **Farr Builders, LLC**_____   Case number (if known) _____
         Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Lowrey, Powell and Stephens** | | From | **2010** | To | **2020** |
| | Name | | | | | |
| | Street | | | | | |
| | | | | | | |
| | City | State | ZIP Code | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Frost Bank**_____
         Name

         _____
         Street

         _____
         City          State     ZIP Code

Debtor  __Farr Builders, LLC_____  Case number (if known) _____
        Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Adrian Garcia | | President | 50% |
| Jacqueline Garcia | | Vice President | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|--------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1. __Adrain Garcia_____  $117,000.00                           weekly
      Name                                                          paycheck
      _____
      Street
      _____

      _____
      City        State  ZIP Code

      **Relationship to debtor**
      __president_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.2. __Jacquine Garcia_____  $70,200.00                           weekly    salary
      Name
      _____
      Street
      _____

      _____
      City        State  ZIP Code

      **Relationship to debtor**
      __Vice President_____

Debtor  **Farr Builders, LLC**                                    Case number (if known) _____
         Name

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/07/2020**
              MM / DD / YYYY

**X** **/s/ Adrian E. Garcia**                                    Printed name  **Adrian E. Garcia**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Adrian E. Garcia**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re  **Farr Builders, LLC**

Case No.  _____

Chapter  **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................... **$15,000.00**

Prior to the filing of this statement I have received........................................................ **$5,000.00**

Balance Due.................................................................................................................... **$10,000.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __02/07/2020__ | __/s/ Heidi McLeod__ | |
| *Date* | *Heidi McLeod* | Bar No.  13764700 |
| | Heidi McLeod Law Office | |
| | 3355 Cherry Ridge Rd Ste 214 | |
| | San Antonio, Texas 78230 | |
| | Phone: (210) 853-0092 / Fax: (210) 853-0129 | |

---

  __/s/ Adrian E. Garcia__

*Adrian E. Garcia*
*Adrian E. Garcia*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Farr Builders, LLC**                                    CASE NO

                                                                CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/7/2020                                Signature   _/s/ Adrian E. Garcia_
                                                         _Adrian E. Garcia_
                                                         _Adrian E. Garcia_

Date _____        Signature _____

3D Steel Systems, LLC
45 Priviate Road 4592
Bellinger, TX 76621


Abilene Millowork
533 Plum Street
Abilene, TX 79601


Above All Plumbing
2565 Wright Carpenter Road
San Antonio, TX 78221


Adrian Garcia
1932 Tierra Nueva
San Antonio, TX 78263


Advanced Gamma Electric, LLC
5256 Ridgeline Drive
Brownsville, TX 78526


Aerospace Facilities Group, Inc.
1590 Raleys Court
W. Sacramento, CA 95691-3488


Alamo 1 Remediation
2900 Nacogdoches
San Antonio, TX 78217


AML Enviromental, LLC
P.O. Box 3556
Abilene, TX 79604


Angelo Glass & Mirror
11 W. Washington Drive
San Angelo, TX 76903

Arc Angel Welding and Concrete
6442 CR 272
Clyde, TX 79510


ARC Repographics
P.O. Box 203890
Dallas, TX 75320


Architectural Division 8
2425 Brockton, Suite 101
San Antonio, TX 78217


Automatic Fire Protection
P.O. Box 550788
Dallas, TX 75355


Bailey & Bailey, P.C.
230 Pereida Street
San Antonio, TX 78210


Baldwin-Cox Agency
5930 Preston View Blvd,, Ste. 200
Dallas, TX 75240


Batjer & Associates
2825 Pine Street
Abilene, TX 79601


Bexar Concrete Works I, Ltd.
19440 Judson Road
San Antonio, TX 78259


Bexar County Tax Assessor Collector
PO Box 2903
San Antonio, TX 78299

BlueRock Construction
319 Probandt #2
San Antonio, TX 78204


Briggs Equipment
Lock Box 841272
Dallas, TX 75284-1272


Buffalo Gap Insturmentation & Electical
c/o of JP Morgan Bank
P.O. Box 974404
Dallas, TX 75397-4404


C2 Plumbing
P.O. Box 680574
San Antonio, TX 78268


Can Capital
2015 Vaughn Road NW, Bldg. 500
Kennesaw, GA 30144


CanDoo
301 Goliad Street
Abilene, TX 79601


Combat Construction DBA Bobcat SA
P.O. Box 850823
Dept #41794
Dallas, TX 75265


Concho Valley Acoustics
P.O. Box 5951
San Angelo, TX 76902


Construction Rent-A-Fence, Inc.
P.O. Box 65
Thrall, TX 78578

Copeland Contractors
1425 Universal City Blvd., Bldg. #3
Universal City, TX 78148

Daltile
4811 Andrews Highway
Midland, TX 79703-4634

Diamondback Paint, LLC
2041 S. Treadway Blvd.
Abilene, TX 79602

Electronic System Design of Texas
P.O. Box 2973
McAllen, TX 78502

Elzabeth Chandler

Ford Motor Credit Company, LLC
FMCC-Dept. 55953
PO Box 55000
Detroit, MI 48255

Frost National Bank
Attn:  Bankruptcy Dept. RB7
PO Box 1600
San Antonio, TX 78296-1400

Glen Deadman
1515 N. St. Mary's Street
San Antonio, TX 78215

Gray Electric & Service
129 National Blvd.
Universal City, TX 78148

Harris Acoustics
P.O. Bxo 5615
Abilene, TX 79608

Harrison Roofing Company
1317 South Hill
San Angelo, TX 76903

Haven for Hope for Bexar County
c/o Paul Traham
Norton Roe Fulbright
98 San Jacinto Blvd., Suite 100
Austin, TX 78701-4255

Heidi McLeod Law Office
3355 Cherry Ridge Rd Ste. 214
San Antonio, Texas 78230

Henry Davila
5424 Highway 90 West
San Antonio, TX 78227

Home Depot
P.O. Bxo 9001030
Dept. 32-2140195003
Louisville, KY 40290-1030

J&T Welding, LLC
5294 Christoval Road
San Angelo, TX 76904

J.R.'s Plumbing
1039 Fresno Drive
San Antonio, TX 78201

Jacquine Garcia
1932 Tierra Neuva
San Antonio, TX 78263

James Martens
c/o C.M. Henkle, III
Fritz, Byrne, Head & Golstrap, PLLC
802 N. Carancahua, Suite 2100
Corpus Chirsti, TX 78402

Labor Max Staffing
P.O. Box 900
Kearney, MO 64060

Langeley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, TX7 8212

LDR Site Services
6100 Lake Forrest Drive, #505
Atlanta, GA 30328

Ledbetter Electric
113 Captain's Bay Drive
Rockport, TX 78382

Lynwood Building Materials, Inc.
P.O. Box 100145
San Antonio, TX 78201-1445

MBCI
P.O. Box 840326
Dallas, TX 75284

McCoys
1350 IH 35 North
San Marcos TX 78667

Menke, Inc.
P.O. Box 5181
Abilene, TX 79608-5181

MGB Construction
3510 Heather Meadow
San Antonio, TX 78222


Michael and Annice Tracy
c/o Antonio Ortiz
JordanHolzer & Ortiz, P.C.
500 N. Shorline, Suite 900
Corpus Christi, TX 78401

Michael Tracy




Mobile Mini, Inc.
P.O. Box 650882
Dallas, TX 75265


Moore Supply Co.
5919 West Campus Drive, Ste.. 101
San Antonio, TX 78247


Oldcastle Infrastructure
1900 Rilling Rd
 San Antonio, TX 78214


Pro Line Rentals
P.O. Box 651
San Angelo, TX 76902


R & S Cabinets
19 East 4th Steet
San Angelo, TX 769003


RDZ Paving, LLC
10194 FM 1346
Adkins, TX 78101

Republic Services
1422 Hughes
San Angelo, TX 76904


River City A/C & Heating
P.O. Box 760176
San Antonio, TX 78245


RTM Construction
12931 Highway 87 South
Adkins, TX 78101


Sherwin Williams
1018 S. Frio Street
San Antonio, TX 78207


South Texas Electric
275 Kypuros Road
Eagle Pass, TX 78852


South West Texas Environmental Contracto
1133 Arbor Place
San Antonio, TX 78207


TAPCO
5100 W. Brown Deer Road
Brown Deer, WI 53223


Terminix
P.O. Box 742592
Cincinnati, OH 45274


Tex-Oma
2701 Commerce Street
Wichita Falls, TX 76301

Texas Throne, LLC
P.O. Box 997
Portland, TX 78374

TexStar Concrete Contractors, LLC
2840 Bus Lp 181 N., Ste. 160
Floresville, TX 78114

The Gutterman
4538 Iberis Road
Abilene, TX 79606

TrafficGuard
P.O. Box 201
Geneva, IL 60134

United Rentals
P.O. Box 840514
Dallas, TX 75284

Victoria Air Conditioning
200 Ben Jordan
Victoria, TX 77901

Victoria Air Conditioning, Ltd.
c/o David D. Peden
Porter Hedges, LLP
1000 Main Street, 36th Floor
Houston, TX 77002